IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| H. DEWORTH WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CYBER OPERATIONS INC.,<br><br>Defendant. | **MEMORANDUM DECISION and ORDER**<br><br>Case No. 2:09-cv-460 CW |

Now before the court is Defendant Cyber Operations, Inc.'s, emergency motion to continue the bench trial currently set to begin on February 15, 2011. Cyber Operations explains that one of its key witnesses has recently sustained a serious injury and will be unavailable to testify in person or by phone. Because the absence of this witness will unduly prejudice Cyber Operations, the court concludes that Cyber Operations has shown good cause to continue the trial and GRANTS the motion. The courtroom deputy will promptly contact the parties to reschedule the trial to the earliest possible date in light of the injury to the witness and this court's availability.

SO ORDERED this 11th day of February, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Judge